UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Case No. 26-cr-20306
Hon. Judith E. Levy

**FILED UNDER SEAL**

**D-1 Zainab Aliasgar Hakim (A/K/A "Z")**
**D-2 Amatullah Aliasgar Hakim (A/K/A "A")**
**D-3 Paige Elizabeth Feyock**
**D-4 Ahmet Kerem Korkaya (A/K/A "Met")**
**D-5 Jonathan Hongru Zou**
**D-6 Alexander Matthew Sepulveda**
**D-7 Mariam Muhammed Odeh**
**D-8 Colin Hunter Weger (A/K/A "Beams"),**

Defendants
__________________________________/

FILED
OCT 21 2026
CLERK'S OFFICE
DETROIT

**ORDER GRANTING THE GOVERNMENT'S MOTION TO SEAL THE FIRST SUPERSEDING INDICTMENT AND ARREST WARRANTS**

For the reasons stated in the government's motion, it is ordered that the First Superseding Indictment and Arrest Warrants be sealed until further order of the Court.

IT IS SO ORDERED.

~~Kimberly G. Altman~~ Anthony P. Patti
United States Magistrate Judge

Entered: October 21, 2026